# United States District Court
# District of Massachusetts

NATIONWIDE MUTUAL
    INSURANCE COMPANY,
       Plaintiff,

    V.                      CIVIL ACTION NO. 2008-11073-DPW

SPINAL IMAGING, INC., ET AL.,
       Defendants.

## *FINAL SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.*

COLLINGS, U.S.M.J.

    The Court enters the within Final Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.:

    (1)    Automatic disclosures *vis-a-vis* the claims against and the counterclaims by Radiology Diagnostics, LLC shall be completed ***on or before the close of business on Wednesday, May 9, 2012.***

    (2)    Initial written discovery anent the claims against and the counterclaims by Radiology Diagnostics, LLC shall be served ***on or***

***before the close of business on Friday, June 8, 2012.*** Responses shall be served within the time set by the Federal Rules of Civil Procedure. ***No requests for production of documents or interrogatories shall duplicate any requests made or interrogatories propounded earlier in this litigation.***

(3)   The 30(b)(6) deposition of the plaintiff shall be completed ***on or before the close of business on Thursday, May 31, 2012.*** Counsel shall reach agreement on the dates for that deposition ***on or before the close of business on Tuesday, May 1, 2012.*** The plaintiff need not produce any documents in response to the 30(b)(6) notice except those necessary to supplement any responses to earlier responses to documents requests or any Orders of the Court as required by Rule 26(e)(1), Fed. R. Civ. P.

(4)   The depositions which the plaintiff seeks to take as listed in #228, items 1-7, shall be noticed ***on or before the close of business on Friday, August 3, 2012 and shall be COMPLETED on or before the close of business on Friday, September 14, 2012.***

(5)   Any other non-expert discovery shall be filed and/or served ***on or before the close of business on Friday, August 3, 2012*** and

***COMPLETED on or before the close of business on Friday, September 14, 2012.***

(6)   The plaintiff shall serve reports of its experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., ***on or before the close of business on Monday, June 11, 2012***; the defendants shall serve reports of its experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., ***on or before the close of business on Friday, September 14, 2012.***

(7)   Depositions of experts shall be ***COMPLETED on or before the close of business on October 15, 2012.***

/s/ *Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

April 26, 2012.